IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDER OF EQUIFIRST MORTGAGE LOAN TRUST 2005-1 ASSET BACKED CERTIFICATES, SERIES 2005-1,<br><br>**Plaintiff,**<br>V.<br><br>THE ESTATE OF CARRIE THORNTON, SOLOMAN JAMES<br><br>**Defendants.** | **Case No:** 1:13-CV-3956<br><br>**Judge: Gary Feinerman** |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES the Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDER OF EQUIFIRST MORTGAGE LOAN TRUST 2005-1 ASSET BACKED CERTIFICATES, SERIES 2005-1, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. Attached please find Plaintiff's Affidavit of Prove-up attached hereto as Exhibit 1.

2. Attached please find Plaintiff's Certificate of Prove-up of Foreclosure Fees and Costs attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that its Motion for Entry of Judgment of Foreclosure be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff, enter an award of $174,702.45 as of September 25, 2013, with interest accruing on the unpaid principal balance at $5.58 per day, plus attorney's fees and foreclosure costs of $1,797.50, incurred by the Plaintiff as a result of the foreclosure, and all other relief just and proper.

Respectfully submitted,

*/s/ Megan Christine Adams*
Megan Christine Adams ARDC#6312221
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003